```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
HERMAN ORTIZ,                                               :
                                                            :
                              Plaintiff(s),                 :     15 Civ. 1506 (LGS)
                                                            :
              -against-                                     :     ORDER
                                                            :
TODRES & COMPANY, LLP, et al.,                              :
                              Defendant(s).                 X
-------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/9/2018__

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the conference in this matter previously scheduled for March 14, 2018 at 10:30 a.m., is rescheduled for April 11, 2018 at 11:00 a.m., due to a scheduling conflict.

Dated: March 9, 2018
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**