USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HERMAN ORTIZ,
                       Plaintiff,

       -against-

TODRES & COMPANY, LLP,
                       Defendant.
------------------------------------------------------------X

15 CIVIL 1506 (LGS)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 14, 2019, Defendant's motion for summary judgment is GRANTED and Plaintiff's cross-motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           March 15, 2019

                                          RUBY J. KRAJICK
                                            **Clerk of Court**
            BY:
                                            **Deputy Clerk**